IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**NOLGIE RODRIGUEZ-ZAMO**
Petitioner

       v.               **CIVIL NO. 10-1949 (CCC)**
                                  (**Related to Cr. No. 01-520 (CCC)**)

**UNITED STATES OF AMERICA**
Respondent


**UNITED STATES' REQUEST FOR AN ENLARGEMENT OF TIME OF TWO (2) DAYS
TO SUBMIT RESPONSE TO PETITIONER'S MOTION TO VACATE SENTENCE**


**TO THE HONORABLE COURT:**

      **COMES NOW**, the United States of America through the undersigned attorneys and to this Honorable Court it very respectfully alleges and prays as follows:

      1.      The United States has been required to submit a reply to Cv. No. 10-1949(CCC), on or before June 27, 2012.

      2.      Presently, the government is drafting its response, but has not been able to complete the same by its due date.  The United States is still in attempting to verify defendant's allegations in order to be able to draft its response to the petition.

      3.      That in view of the above the United States respectfully requests that it be granted two (2) additional days to respond.

**WHEREFORE**, in view of the foregoing, and to properly address petitioner's claims it is respectfully requested that this Honorable Court enlarge by two (2) days, until June 29, 2012, the due date in which the government is required to file its reply.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of June, 2012.

                    **ROSA EMILIA RODRIGUEZ-VELEZ**
                    United States Attorney

/s/ *Nelson Pérez-Sosa*
Nelson Pérez-Sosa - 202201
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, Puerto Rico 00918
Tel. (787) 766-5656

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy will be generated by the system to the following CM/ECF participant: Henry E. Marines, Esq..

In San Juan, Puerto Rico, this 27th day of June, 2012.

/s/ *Nelson Pérez-Sosa*
Assistant United States Attorney
Chief, Appellate Division